UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Specialized Loan Servicing LLC, as servicer for
The Bank of New York Mellon f/k/a The Bank of New York, as
Trustee for the CWALT Alternative Loan Trust 2003-20CB
Mortgage Pass-through Certificates, Series 2003-51

In Re:
AnnMarie Badalamenti

                              Debtor

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R.
Bankr. P. 9010(b) the undersigned enters an
appearance in this case

Case No: 16-21990 KCF

Chapter: 13

Judge: Kathryn C. Ferguson

on behalf of

Specialized Loan Servicing LLC, as servicer for
The Bank of New York Mellon f/k/a The Bank
of New York, as Trustee for the CWALT
Alternative Loan Trust 2003-20CB Mortgage
Pass-through Certificates, Series 2003-51

Request is made that the documents filed in this
case and identified below be served on the
undersigned at this address:

ADDRESS:

137 Cornflower Road  Hamilton Township, NJ
08620

DOCUMENTS
☐  All notices entered pursuant to Fed. R.
Bankr. P. 2002.
☐☐  All documents and pleadings of any
nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*