UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Specialized Loan Servicing, as servicer for Bank of New York Mellon, et al.

In Re:

Ann Marie Badalamenti,

Debtor.

Case No.:    16-21990-KCF

Chapter:    13

Hearing Date:    05/24/2017

Judge:    Ferguson

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief from Stay Re: 137 Cornflower Rd, Hamilton Township, NJ 08620 (Docket # 26)

Date: 5/23/2017

/s/ Denise Carlon
Signature

*rev.8/1/15*