**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                   CASE NO.: 16-21990-KCF
                                                              CHAPTER 13

AnnMarie Badalamenti ,

   Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

   **PLEASE TAKE NOTICE THAT,** on behalf of CITIBANK, N.A., NOT IN ITS
INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ PASS-THROUGH TRUST
VI ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy
Procedure, the undersigned requests all notices given or required to be given and all papers
required to be served in this case to creditors, any creditors committees, and any other
parties-in-interest, be sent to and served upon the undersigned counsel and the following be
added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 17, 2017, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been

served via CM/ECF or United States Mail to the following parties:

QUIGLEY & FAYETTE, LLC
1675 WHITEHORSE MERCERVILLE ROAD
SUITE 204
HAMILTON, NJ  08619

ANNMARIE BADALAMENTI
137 CORNFLOWER ROAD
HAMILTON , NJ  08620

ALBERT RUSSO
CN 4853
TRENTON, NJ  08650

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com