B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
### District Of <u>New Jersey</u>

In re    AnnMarie Badalamenti    Case No. <u>16-21990-KCF</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for CWALT Alternative Loan Trust 2003-20CB Mortgage Pass-Through Certificates, Series 2003-51 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: <u>3933</u>

Court Claim # (if known): 3-1
Amount of Claim: $224,087.04 (secured)
Date Claim Filed: 8/17/16

Phone: _____
Last Four Digits of Acct #: <u>4494</u>

Name and Address where transferee payments should be sent (if different from above):

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: <u>3933</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    <u>/s/Brian E. Caine, Esq.</u>    Date: <u>12/14/17</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I certify that the foregoing transfer of claim has been served on the following:

AnnMarie Badalamenti
137 Cornflower Road
Hamilton, NJ 08620
**Debtor – Served Via Regular Mail**

Kevin C. Fayette
Quigley & Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, NJ 08619
**Debtor's Attorney – Served Electronically & Regular Mail**

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853
**Chapter 13 Trustee-Served Electronically & Regular Mail**


Signed: /s/ Brian E. Caine        Title: Attorney            Date: 12/14/2017
Direct Telephone No. 856-985-4059          Mail, Fax or Email address:
bcaine@parkermccay.com