| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 16-21990 / KCF**

AnnMarie Badalamenti

Petition Filed Date: 06/21/2016
341 Hearing Date: 08/04/2016
Confirmation Date: 10/17/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2018 | $1,248.00 | 45638810 | 02/02/2018 | $1,248.00 | 46410310 | 03/02/2018 | $1,248.00 | 47188750 |
| 04/02/2018 | $1,248.00 | 48001460 | 05/02/2018 | $1,248.00 | 48820720 | 06/04/2018 | $1,248.00 | 49624430 |
| 07/02/2018 | $1,248.00 | 50402740 | 08/02/2018 | $1,248.00 | 51203890 | 09/04/2018 | $1,248.00 | 51982400 |
| 10/02/2018 | $1,248.00 | 52805630 | 11/02/2018 | $1,248.00 | 53612530 | 12/03/2018 | $1,248.00 | 54383830 |

**Total Receipts for the Period:  $14,976.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $38,496.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | AnnMarie Badalamenti | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin Fayette, Esq<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC<br>»»  VENUS | Unsecured Creditors | $346.58 | $0.00 | $346.58 |
| 2 | Wells Fargo Bank, NA<br>»»  BOBS | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | US BANK TRUST NATIONAL ASSOC.<br>»»  P/137 CORNFLOWER RD/1ST MTG/BANK OF NY MELLON/NATIONSTAR/MTGLQ | Mortgage Arrears | $43,656.76 | $31,709.40 | $11,947.36 |
| 4 | MIDLAND CREDIT  AS AGENT FOR<br>»»  OLD NAVY | Unsecured Creditors | $1,325.55 | $0.00 | $1,325.55 |
| 5 | MIDLAND CREDIT  AS AGENT FOR<br>»»  AMAZON | Unsecured Creditors | $1,492.91 | $0.00 | $1,492.91 |
| 6 | MIDLAND CREDIT  AS AGENT FOR<br>»»  WALMART | Unsecured Creditors | $1,260.48 | $0.00 | $1,260.48 |
| 7 | QUANTUM3 GROUP LLC<br>»»  NEW YORK & CO. | Unsecured Creditors | $1,758.71 | $0.00 | $1,758.71 |
| 8 | QUANTUM3 GROUP LLC<br>»»  EXPRESS | Unsecured Creditors | $1,652.37 | $0.00 | $1,652.37 |
| 9 | QUANTUM3 GROUP LLC<br>»»  THE LIMITED | Unsecured Creditors | $882.99 | $0.00 | $882.99 |
| 10 | QUANTUM3 GROUP LLC<br>»»  ANN TAYLOR | Unsecured Creditors | $1,717.23 | $0.00 | $1,717.23 |
| 11 | LVNV FUNDING LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $508.59 | $0.00 | $508.59 |

**Chapter 13 Case No. 16-21990 / KCF**

| | | | | | |
|---|---|---|---|---|---|
| 12 | CAPITAL ONE, NA<br>»» KOHLS | Unsecured Creditors | $505.00 | $0.00 | $505.00 |
| 13 | SYNCHRONY BANK<br>»» CARE CREDIT | Unsecured Creditors | $204.51 | $0.00 | $204.51 |
| 14 | DEPARTMENT STORE NATIONAL BANK<br>»» MACYS | Unsecured Creditors | $484.13 | $0.00 | $484.13 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THD | Unsecured Creditors | $2,329.88 | $0.00 | $2,329.88 |
| 16 | COMENITY CAPITAL BANK/PAYPAL CREDIT | Unsecured Creditors | $1,449.25 | $0.00 | $1,449.25 |
| 17 | HYUNDAI LEASE TITLING TRUST<br>»» 2016 SORRENTO/ LEASE ASSUMED (PLAN) | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BARCLAYCARD | Unsecured Creditors | $5,931.00 | $0.00 | $5,931.00 |
| 0 | Kevin Fayette, Esq<br>»» ORDER 11/10/16 | Attorney Fees | $200.00 | $200.00 | $0.00 |
| 19 | US BANK TRUST NATIONAL ASSOC.<br>»» 137 CORNFLOWER ROAD/ORDER 8/17/17/NATIONSTAR/MTGLQ | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,496.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $34,940.40 | Current Monthly Payment: | $1,248.00 |
| Paid to Trustee: | $2,394.96 | Arrearages: | $0.00 |
| Funds on Hand: | $1,160.64 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**