Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  16−21990−MBK
                      Chapter:  13
                      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   AnnMarie Badalamenti
   137 Cornflower Road
   Hamilton, NJ 08620

Social Security No.:
   xxx−xx−2967

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/28/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 28, 2020
JAN: ckk

                                                                     Jeanne Naughton
                                                                     Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 16-21990-MBK
AnnMarie Badalamenti                                                Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: May 28, 2020
                               Form ID: 148             Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db             +AnnMarie Badalamenti,    137 Cornflower Road,    Hamilton, NJ 08620-3011
cr             +SN Servicing Corporation,    FRIEDMAN VARTOLO, LLP,   1325 Franklin Avenue, Suite 230,
                 Garden City, NY 11530-1631
cr             +Specialized Loan Servicing LLC as servicing agent,    P. O. Box 9013,   Addison, TX 75001-9013
516947473      +Citibank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
516245447       Home Depot Credit Services,    P.O. Box 9001010,    Louisville, KY 40290-1010
516477935      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
516245448       Kia Motors Finance,    P.O. Box 660891,   Dallas, TX 75266-0891
517229873       MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
517229874      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708,   MTGLQ Investors, LP,
                 c/o Rushmore Loan Management Services 92619-2708
516245451       Macy's,   P.O. Box 78008,    Phoenix, AZ 85062-8008
516947870      +Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    PO Box 619094,   Dallas, TX 75261-9094
516947871      +Nationstar Mortgage LLC,    Attn: Bankruptcy Dept,    PO Box 619094,   Dallas, TX,  75261-9741,
                 Nationstar Mortgage LLC 75261-9094
516245454       Pluese, Becker, Saltzman, LLC,    20000 Horizon Way,    Suite 900,   Mount Laurel, NJ 08054-4318
516245455      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd.,    Suite 300,   Littleton, CO 80129-2386
516245456       Sunrise Credit Services, Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100
516345363      +The Bank of New York Mellon, Trustee (See 410),    C/O Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 29 2020 01:30:32      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2020 01:30:29     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516433953       EDI: BL-BECKET.COM May 29 2020 04:53:00      Capital One NA,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516245439       EDI: TSYS2.COM May 29 2020 04:53:00      Card Services,   P.O. Box 13337,
                 Philadelphia, PA 19101-3337
516245440      +EDI: RMSC.COM May 29 2020 04:53:00      Care Credit/ Synchrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
516245441      +EDI: WFNNB.COM May 29 2020 04:53:00      Comenity Bank/Loft,   PO Box 182789,
                 Columbus, OH 43218-2789
516470964      +EDI: WFNNB.COM May 29 2020 04:53:00      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
516245442       EDI: WFNNB.COM May 29 2020 04:53:00      Comenity-Express,   P.O. Box 659728,
                 San Antonio, TX 78265-9728
516245443       EDI: WFNNB.COM May 29 2020 04:53:00      Comenity-Limited,   P.O. Box 659728,
                 San Antonio, TX 78265-9728
516245444       EDI: WFNNB.COM May 29 2020 04:53:00      Comenity-New York & Co.,   P.O. Box 659728,
                 San Antonio, TX 78265-9728
516245445       EDI: WFNNB.COM May 29 2020 04:53:00      Comenity/Venus,   P.O. Box 659617,
                 San Antonio, TX 78265-9617
516245446       E-mail/PDF: creditonebknotifications@resurgent.com May 29 2020 01:32:26      Credit One Bank,
                 PO Box 60500,   City Of Industry, CA 91716-0500
516460210       EDI: Q3G.COM May 29 2020 04:53:00      Department Store National Bank,   c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
516245438       EDI: JPMORGANCHASE May 29 2020 04:53:00      Amazon.com,   Carmember Service,   PO Box 15153,
                 Wilmington, DE 19886-5153
516245450       E-mail/Text: bncnotices@becket-lee.com May 29 2020 01:29:46      Kohl's Payment Center,
                 PO Box 2983,   Milwaukee, WI 53201-2983
516407518       E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 01:33:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
516390685      +EDI: MID8.COM May 29 2020 04:53:00      MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
516245452       EDI: RMSC.COM May 29 2020 04:53:00      Old Navy/Synchrony Bank,   PO Box 530942,
                 Atlanta, GA 30353-0942
516480431       EDI: PRA.COM May 29 2020 04:53:00      Portfolio Recovery Associates, LLC,   c/o Barclaycard,
                 POB 41067,   Norfolk VA 23541
516466580       EDI: PRA.COM May 29 2020 04:53:00      Portfolio Recovery Associates, LLC,
                 c/o The Home Depot Consumer,    POB 41067,   Norfolk VA 23541
516245453       EDI: RMSC.COM May 29 2020 04:53:00      Paypal Buyer Credit,   P.O. Box 960080,
                 Orlando, FL 32896-0080
516311663       EDI: Q3G.COM May 29 2020 04:53:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
518135315      +E-mail/Text: bncmail@w-legal.com May 29 2020 01:30:39      SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121,
                 SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS 98121-3132
```

```
District/off: 0312-3           User: admin              Page 2 of 2               Date Rcvd: May 28, 2020
                               Form ID: 148             Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518135314      +E-mail/Text: bncmail@w-legal.com May 29 2020 01:30:39      SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516434209       EDI: RMSC.COM May 29 2020 04:53:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
517363253      +EDI: RMSC.COM May 29 2020 04:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517691712      +E-mail/Text: bknotices@snsc.com May 29 2020 01:31:09      US Bank Trust National Association,
                 c/o SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501,
                 US Bank Trust National Association,    c/o SN Servicing Corp. 95501-0305
517691711      +E-mail/Text: bknotices@snsc.com May 29 2020 01:31:09      US Bank Trust National Association,
                 c/o SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
516245457       EDI: RMSC.COM May 29 2020 04:53:00      Walmart/Synchrony Bank,    P.O. Box 530927,
                 Atlanta, GA 30353-0927
516343679       EDI: WFFC.COM May 29 2020 04:53:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines    IA    50306-0438
516245458      +EDI: WFFC.COM May 29 2020 04:53:00      Wells Fargo Financial National Bank,    P.O.Box 660553,
                 Dallas, TX 75266-0553
                                                                                              TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MTGLQ Investors, LP,    6409 Congress Ave,    Suite 100,    Boca Raton
cr*            +CitiBank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
516245449*      Kia Motors Finance,    P.O. Box 660891,    Dallas, TX 75266-0891
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Brian E Caine     on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the CWALT Alternative Loan
               Trust 2003-20CB Mortgage Pass-through Certificates, Se dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure     on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee
               for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Jonathan C. Schwalb     on behalf of Creditor    SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Kevin C. Fayette     on behalf of Debtor AnnMarie   Badalamenti kfayette@kevinfayette.com
              Laura M. Egerman     on behalf of Creditor    CitiBank, N.A. bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman     on behalf of Creditor    MTGLQ Investors, LP bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
                                                                                              TOTAL: 9
```