| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on May 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>AnnMarie Badalamenti<br><br><br><br>Debtor(s) | Case No.: 16-21990 / MBK<br><br>Chapter 13<br><br>Hearing Date: 05/27/2020  at 9:00 AM<br><br>Judge: Michael B. Kaplan |

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 28, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
AnnMarie Badalamenti  
    Debtor

Case No. 16-21990-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 28, 2020  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.  
db            +AnnMarie Badalamenti,    137 Cornflower Road,    Hamilton, NJ 08620-3011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:

           Albert    Russo     docs@russotrustee.com  
           Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Brian E Caine     on behalf of Creditor    MTGLQ Investors, LP bcaine@parkermccay.com,  
           BKcourtnotices@parkermccay.com  
           Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The  
           Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the CWALT Alternative Loan  
           Trust 2003-20CB Mortgage Pass-through Certificates, Se dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
           Francesca Ann Arcure     on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent  
           for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee  
           for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com,  
           NJ_ECF_Notices@McCalla.com  
           Jonathan C. Schwalb     on behalf of Creditor    SN Servicing Corporation  
           bankruptcy@friedmanvartolo.com  
           Kevin C. Fayette     on behalf of Debtor AnnMarie   Badalamenti kfayette@kevinfayette.com  
           Laura M. Egerman     on behalf of Creditor    CitiBank, N.A. bkyecf@rasflaw.com,  
           bkyecf@rasflaw.com;legerman@rasnj.com  
           Laura M. Egerman     on behalf of Creditor    MTGLQ Investors, LP bkyecf@rasflaw.com,  
           bkyecf@rasflaw.com;legerman@rasnj.com

                                                                                                TOTAL: 9